**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ FEB 28 2019 ★

BROOKLYN OFFICE

James Ford, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

Alpha Recovery Corp and Jefferson Capital Systems, LLC,

Defendant.

Docket No: 1:18-cv-05366-ILG-RLM

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: February 25, 2019

| | |
|---|---|
| **SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.** | **BARSHAY SANDERS, PLLC** |
| By: /s Kirsten Smith | By: /s Craig B. Sanders |
| Kirsten Smith, Esq. | Craig B. Sanders |
| 3850 N. Causeway Blvd | 100 Garden City Plaza, Suite 500 |
| Metairie, Louisiana 70002 | Garden City, New York 11530 |
| Tel: (504) 846-7943 | Tel. (516) 203-7600 |
| *Attorneys for Defendant* | Email: *ConsumerRights@BarshaySanders.com* |
| | Our File No: 114956 |
| | *Attorneys for Plaintiff* |

So Ordered
I.L. Glasser
U.S.D.J.
2/27/19